UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | 8:24-cv-02323-DOC-JDE | Date | January 15, 2025 |
|---|---|---|---|
| Title | Tianxiao Yang v. David M. Radel | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFF:** | **ATTORNEYS PRESENT FOR DEFENDANT:** |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

On January 10, 2025, the Court issued a MINUTE ORDER (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (Dkt. 11). Plaintiff has failed to comply with the Court's Order.

Therefore, the Court ORDERS that this action is DISMISSED without prejudice for lack of prosecution and for failure to comply with the orders of the Court.

**cc: tansy.yo@gmail.com**

|  | - | : | - |
|---|---|---|---|
| | Initials of Deputy Clerk | kdu | |